UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DALE SUTTER, ) | Case No.: 1:07 CV 3336 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | ORDER |
| DEWALT INDUSTRIAL TOOL CO., ) | |
| *et al.*, ) | |
| Defendants ) | |

This court has been advised by the parties that this action has been settled and that the parties will be submitting a dismissal entry to the court. Therefore it is not necessary that the action remain upon the calendar of the court. Dismissal entry should be filed with the court by February 29, 2008.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 31, 2008